# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORY PEDERSEN,<br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br>    Defendant. | CV 22-7856 DSF (AFMx)<br><br>ORDER GRANTING MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT (Dkt. 12) |

    The University of Southern California has filed a notice stating that it does not oppose the motion. Dkt. 19. The motion is granted. The action is remanded to the Los Angeles Superior Court.

    IT IS SO ORDERED.

Date: January 3, 2023

                                                 Dale S. Fischer<br>
                                                 United States District Judge